UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARK A ROBERTS and RAI ROBERTS, <br><br> Plaintiffs, <br><br> v. <br><br> DEDRA VERNIE SCHULZ, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No.: 3:21-CV-373-KAC-DCP |

## JUDGMENT

Pursuant to the accompanying Order Dismissing Action, Plaintiffs' claims against Defendant are hereby **DISMISSED** without prejudice under Federal Rule of Civil Procedure 4(m). The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT